United States District Court
Southern District of Texas
**ENTERED**
September 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | Criminal No. 4:26-cr-583 |
| | § | |
| Alla Karash Nowowiejski, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF RECUSAL

I stand recused in this case.

**SIGNED** at Houston, Texas, on the 16th of September, 2026.

Nicholas J. Ganjei
United States District Judge