**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
September 22, 2026
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Criminal No. 4:26-cr-00583 |
| | § | |
| | § | |
| Alla Karash Nowowiejski | § | |

SCHEDULING ORDER

1. September 23, 2026 — All motions will be filed no later than this date. All motions except motions to suppress evidence and motions to dismiss will contain an averment that the movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion.

2. October 7, 2026 — Responses to motions will be filed no later than this date.

3. October 16, 2026 — Proposed voir dire, jury charge, exhibit lists, copies of exhibits, and witness lists will be filed no later than this date.

4. October 22, 2026 11:30 AM — Pretrial Conference will be held on this date and time.

5. October 26, 2026 01:00 PM — This case is set for jury selection and trial on this date and time in Courtroom 9-B, 9th Floor, United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002.

The court will not consider any papers filed within five (5) days of any conference, hearing, or sentencing unless counsel delivers copies of such papers to chambers the day they are filed.

Direct questions regarding this schedule to Sheila R. Anderson, Case Manager, U.S. District Clerk's Office, P.O. Box 61010, Houston, Texas 77208, 713/250-5514, sheila_r_anderson@txs.uscourts.gov.

SIGNED on the 22nd of September 2026, at Houston, Texas.

Richard W. Bennett
United States Magistrate Judge